UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                         :

                                    :  Case No. 17-cr-00686 (LAK)

    v.                                             :

                                      :  ECF Case

JAMES GATTO,                                      :
a/k/a "Jim,"                                      :  **NOTICE OF DEFENDANTS'**
MERL CODE, and                                    :  **MOTION TO COMPEL THE**
CHRISTIAN DAWKINS,                                :  **GOVERNMENT TO REVIEW**
                                      :  **EVIDENCE IN ITS**
          Defendants.                          :  **POSSESSION FOR *BRADY***
                                      :  **MATERIAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, shall move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion to Compel the Government to Review Evidence in its Possession for *Brady* Material, as per the following schedule set by the Court:

- All motions by Defendants other than motions addressed to the indictment shall be filed on or before February 9, 2018;

- Answering papers by the Government, if any, shall be filed on or before March 9, 2018;

- Reply papers by Defendants, if any, shall be filed on or before March 19, 2018;

- The Court will hear argument on March 22, 2018 at 4:00 pm.

Dated:    New York, New York
          February 9, 2018

**NEXSEN PRUET LLC**

By: _____

William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211
*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: _____

Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

**WILLKIE FARR & GALLAGHER LLP**

By: _____

Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

**ANGELI LAW GROUP LLC**

David Angeli
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(503) 222-1552

*Attorneys for Defendant James Gatto*

Dated:   New York, New York
         February 9, 2018

**NEXSEN PRUET LLC**                         **WILLKIE FARR & GALLAGHER LLP**

By: _____                 By: _____
William W. Wilkins                           Michael S. Schachter
Mark C. Moore                                Casey E. Donnelly
Andrew A. Mathias                            787 Seventh Avenue
55 E. Camperdown Way, Suite 400              New York, New York 10019
Greenville, South Carolina 29601             (212) 728-8000
(864) 370-2211
*Attorneys for Defendant Merl Code*          **ANGELI LAW GROUP LLC**
                                             David Angeli
**HANEY LAW GROUP PLLC**                     121 SW Morrison Street, Suite 400
                                             Portland, Oregon 97204
By: _____                  (503) 222-1552
Steven A. Haney
3000 Town Center Drive, Suite 2570           *Attorneys for Defendant James Gatto*
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

Dated:    New York, New York
          February 9, 2018

**NEXSEN PRUET LLC**

By: _____
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211
*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: _____
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

**WILLKIE FARR & GALLAGHER LLP**

By: _____
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

**ANGELI LAW GROUP LLC**
David Angeli
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(503) 222-1552

*Attorneys for Defendant James Gatto*