UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

UNITED STATES OF AMERICA,

v.

JAMES GATTO,
a/k/a "Jim,"
MERL CODE, and
CHRISTIAN DAWKINS,

         Defendants.

Case No. 17-cr-00686 (LAK)

------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the Bar of the United States Court for the Southern District of New York, certifies that on February 27, 2018, she caused to be served upon the Government true and correct copies of Defendant James Gatto's Letter in Response to the Government's February 23, 2018 letter, via email.

UNITED STATES ATTORNEY'S OFFICE
Edward Diskant
Noah Solowiejczyk
Aline Flodr
Robert Boone
Eli Mark
Assistant United States Attorneys
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
edward.diskant@usdoj.gov
noah.solowiejczyk@usdoj.gov
aline.flodr@usdoj.gov
robert.boone@usdoj.gov
eli.mark@usdoj.gov

- 2 -

NEXSEN PRUET LLC
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
amathias@nexsenpruet.com
mmoore@nexsenpruet.com

*Attorneys for Defendant Merl Code*

HANEY LAW GROUP PLLC
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
steve@haneygroup.net

*Attorneys for Defendant Christian Dawkins*

Dated: February 27, 2018

_____
Casey E. Donnelly