```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                      17-cr-686 (LAK)

JAMES GATTO, et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.        In order to give appropriate attention to the formulation of the jury charge in this case, the parties shall serve and file requests to charge on or before August 15, 2018 and responses and objections to their adversary's or adversaries' requests to charge on or before August 29, 2018. Chambers shall be provided with electronic files of all requests to charge in WordPerfect format.

        2.        The requests to charge contemplated by this order are only substantive charges on the law; there is no need to file requests with respect to such matters as evaluation of evidence, conduct of deliberations, and similar matters that are common or substantially so to most criminal cases.

        3.        Defendants shall make joint filings except to the extent there are substantive differences among them.

        SO ORDERED.

Dated:       March 1, 2018

                                                                   Lewis A. Kaplan
                                                               United States District Judge