Case 1:17-cr-00686-LAK   Document 138   Filed 04/11/18   Page 1 of 2

**WILLKIE FARR & GALLAGHER** LLP

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4-20-18]

Michael S. Schachter
212 728 8102
mschachter@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

## MEMO ENDORSED

April 11, 2018

**BY ECF AND BY OVERNIGHT DELIVERY**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:  *United States v. James Gatto, et al. (Case No. 17-CR-686),
Request to Schedule Defendants' arraignment and the presentment of the Superseding
Indictment for October 1, 2018.*

Dear Judge Kaplan:

We represent Defendant James Gatto in the above-captioned matter, but I am also writing on behalf of counsel for Defendants Christian Dawkins and Merl Code. The Grand Jury returned a Superseding Indictment in this matter yesterday, *see* Dkt. 137.

I write to respectfully ask the Court to schedule Defendants' arraignment on the Superseding Indictment for October 1, 2018, which is the date of Defendants' next scheduled appearance before Your Honor and the first day of trial. We make this request because, as Your Honor knows, Defendants each live outside the district and travel to and from the Court takes many hours and, for Mr. Dawkins in particular, imposes a meaningful financial burden. Defendants consent to the exclusion of time, in the interests of justice, under the Speedy Trial Act from this day until October 1, 2018. Defendants have confirmed with the Government that it has no objection to this request.

Respectfully submitted,

/s/ Michael S. Schachter
Michael S. Schachter

*[Handwritten endorsement:] Time is excluded to and including 10/1/18. The interests of justice served thereby outweigh the interests of the public and the defendants in a speedy trial. SO ORDERED.*

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
4/19/18

NEW YORK   WASHINGTON   HOUSTON   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME
in alliance with Dickson Minto W.S., London and Edinburgh