UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JAMES GATTO, a/k/a "Jim,"<br>MERL CODE, and<br>CHRISTIAN DAWKINS,<br><br>Defendants. | Case No. 1:17-cr-00686<br><br>Hon. Lewis A. Kaplan |

RECEIVED JUL -9 2018 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18

### ORDER ON MOTION TO WITHDRAW AS ATTORNEY

This matter is before the Court on the motion of Defendant Merl Code to withdraw Johanna Rae Hudgens, Esq. as his counsel of record in the above-captioned action. The Court, having considered the motion and the accompanying declaration, GRANTS the motion.

**IT IS HEREBY ORDERED** that Johanna Rae Hudgens, Esq. is withdrawn as counsel of record for Defendant Merl Code in the above-captioned action, that her appearance is deemed withdrawn as of the date of this order, and that her e-mail address be removed from the Court's ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for Defendant Code.

Dated: 7/6/18

_____
Hon. Lewis A. Kaplan, U.S.D.J.