

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2018

The Honorable Lewis A. Kaplan
United States District Judges
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

    The Government writes in connection with the application of defendant Christian Dawkins to travel to Los Angeles from July 13 to July 17, 2018 for family travel plans and potential professional opportunities. [Dkt. 157]. The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the proposed travel.

                          Respectfully submitted,

                          ROBERT S. KHUZAMI
                          Attorney for the United States, Acting Under
                          Authority Conferred by 28 U.S.C. § 515

            By:        /s/
                  Edward B. Diskant/Noah Solowiejczyk/
                  Eli J. Mark/Aline Flodr
                  Assistant United States Attorneys
                  (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)