UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,              :
                                       :  Case No. 17-cr-00686 (LAK)
v.                                     :
                                       :  ECF Case
JAMES GATTO,                           :
a/k/a "Jim,"                           :  **NOTICE OF DEFENDANTS'**
MERL CODE, and                         :  **MOTION** █████████████
CHRISTIAN DAWKINS,                     :  ████████████
                                       :  ████████████████████
        Defendants.                    :  ████████████
                                       :  ████████████████████
                                       :  ████████████████████
                                       :  ████████████████
------------------------------------- X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, shall move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion ████████████████████████████████████████████
████████████████████.

Dated:  New York, New York
        July 30, 2018

NEXSEN PRUET LLC                          WILLKIE FARR & GALLAGHER LLP

By: /s/ Mark Moore                        By: /s/ Michael Schachter
William W. Wilkins                        Michael S. Schachter
Mark C. Moore                             Casey E. Donnelly
Andrew A. Mathias                         787 Seventh Avenue
55 E. Camperdown Way, Suite 400           New York, New York 10019

25607638.1

Greenville, South Carolina 29601  (212) 728-8000
(864) 370-2211
*Attorneys for Defendant Merl Code*  *Attorneys for Defendant James Gatto*

**HANEY LAW GROUP PLLC**

By: _____
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*