```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiffs,

-against-

JAMES GATTO, a/k/a "JIM" MERL CODE, and
CHRISTIAN DAWKINS

                Defendants.

------------------------------------------------------------x

Docket #1:17 CR-00686 (LAK)

**ORDER**

Upon the motion of Stroock & Stroock Lavan LLP, by the Declaration of James L. Bernard, dated August 16, 2018, to withdraw as counsel of record in this action, and there being no opposition to the motion, the motion is hereby GRANTED and James L. Bernard and Joel Cohen of Stroock & Stroock & Lavan are hereby granted to leave to withdraw as counsel of record in this action.

SO ORDERED:

August 20, 2018

                                                                                United States District Judge

NY 77269799v1