UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA,                       :
                                                :  Case No. S2 17-cr-00686 (LAK)
 v.                                             :
                                                :  ECF Case
JAMES GATTO,                                    :
a/k/a "Jim,"                                    :  NOTICE OF DEFENDANTS'
MERL CODE, and                                  :  MOTION TO DISMISS THE
CHRISTIAN DAWKINS,                              :  SECOND SUPERSEDING
                                                :  INDICTMENT
            Defendants.                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the

exhibit thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys,

move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern

District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants'

Motion to Dismiss the Second Superseding Indictment.

Dated: New York, New York
         September 12, 2018


**NEXSEN PRUET LLC**

By: /s/ Mark. C. Moore
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211


**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant James Gatto*

**HANEY LAW GROUP PLLC**

By: /s/ Steven A. Haney
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*