**MEMO ENDORSED**

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/18

---------------------------------------- x

UNITED STATES OF AMERICA,

v.

JAMES GATTO,
a/k/a "Jim,"
MERL CODE, and
CHRISTIAN DAWKINS,

Defendants.

---------------------------------------- X

Case No. S2 17-cr-00686 (LAK)

ECF Case

**NOTICE OF DEFENDANTS'
MOTION TO DISMISS THE
SECOND SUPERSEDING
INDICTMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibit thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion to Dismiss the Second Superseding Indictment.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

9/13/18