UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. S2 17-cr-00686 (LAK) |
| v. | : |
| | : ECF Case |
| JAMES GATTO, | : |
| a/k/a "Jim," | : **NOTICE OF DEFENDANTS'** |
| MERL CODE, and | : **MOTION FOR LEAVE TO** |
| CHRISTIAN DAWKINS, | : **FILE AN *EX PARTE* MOTION** |
| | : **UNDER SEAL FOR THE** |
| Defendants. | : **ISSUANCE OF A RULE 17(C)** |
| | : **SUBPOENA TO THOMAS** |
| | **JOSEPH "TJ" GASSNOLA** |

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibit thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion for Leave to File an *Ex Parte* Motion Under Seal for the Issuance of a Rule 17(c) Subpoena to Thomas Joseph "TJ" Gassnola.

Dated: New York, New York
September 13, 2018

| **NEXSEN PRUET LLC** | **WILLKIE FARR & GALLAGHER LLP** |
|---|---|
| By: /s/ Mark. C. Moore<br>William W. Wilkins<br>Mark C. Moore<br>Andrew A. Mathias<br>55 E. Camperdown Way, Suite 400<br>Greenville, South Carolina 29601<br>(864) 370-2211 | By: /s/ Michael S. Schachter<br>Michael S. Schachter<br>Casey E. Donnelly<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000<br><br>*Attorneys for Defendant James Gatto* |
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>Merl F. Code<br>300 North Main Street<br>Greenville, South Carolina, 29601<br>(864) 271-1300<br><br>*Attorneys for Defendant Merl Code* | **HANEY LAW GROUP PLLC**<br><br>By: /s/ Steven A. Haney<br>Steven A. Haney<br>3000 Town Center Drive, Suite 2570<br>Southfield, Michigan 48075<br>(248) 414-1470<br><br>*Attorneys for Defendant Christian Dawkins* |