UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA           :

   - v.-                                                    :       S2 17 Cr. 686 (LAK)

JAMES GATTO,                                       :
MERL CODE,
CHRISTIAN DAWKINS,                          :

               Defendants.
------------------------------------------------------------x

      IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York

contracted vendor, may provide the Government in the *United States* v. *James Gatto, et al.*, S2 17-

CR-686 (LAK), with an Internet connectivity feed for the duration of the trial proceedings, set to

begin on Monday, October 1, 2018. Courtroom Connect should make proper arrangements with the

District Executive Office of the Court and the official court reporter.

                                                      SO ORDERED,

Dated: September __20__, 2018
       New York, New York

                                                   LEWIS A. KAPLAN
                                                   UNITED STATES DISTRICT JUDGE