UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-                                    S2 17-cr-686 (LAK)

JAMES GATTO,
MERL CODE,
CHRISTIAN DAWKINS

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

### Count One: Conspiracy to Commit Wire Fraud

|  | Not Guilty | Guilty |
|---|---|---|
| JAMES GATTO: |  | ✓ |
| MERL CODE: |  | ✓ |
| CHRISTIAN DAWKINS: |  | ✓ |

### Count Two: Wire Fraud (University of Louisville)

|  | Not Guilty | Guilty |
|---|---|---|
| JAMES GATTO: |  | ✓ |
| MERL CODE: |  | ✓ |
| CHRISTIAN DAWKINS: |  | ✓ |

### Count Three: Wire Fraud (University of Kansas)

|  | Not Guilty | Guilty |
|---|---|---|
| JAMES GATTO: |  | ✓ |

2

Dated: _10-24_, 2018

Juror No. __1__ REDACTED       Juror No. __7__ REDACTED

Juror No. __2__ REDACTED       Juror No. __8__ REDACTED

Juror No. __3__ REDACTED       Juror No. __9__ REDACTED

Juror No. __4__ REDACTED       Juror No. __10__ REDACTED

Juror No. __5__ REDACTED       Juror No. __11__ REDACTED

Juror No. __6__ REDACTED       Juror No. __12__ REDACTED