

# NCAA DIVISION I STUDENT-ATHLETE REINSTATEMENT GUIDELINES
*Revised November 2017*

> **Student-Athlete Reinstatement Philosophy**
>
> The Committee on Student-Athlete Reinstatement subscribes to the students-first philosophy, ensuring the individual student-athlete as well as the general student-athlete body is at the forefront of each decision. With respect to a violation, the committee and reinstatement staff attempt to place the student-athlete back in the position he or she would have been prior to the violation occurring while maintaining the integrity of the Association's values. Overall, the committee and reinstatement staff conduct their work by evaluating the totality of the circumstances surrounding each case and reaching an outcome that considers the well-being of the involved student-athlete while maintaining fairness.



DEFENSE EXHIBIT
**642**
17 Cr. 686 (LAK)



**Bylaw 12 Guidelines.**

**Philosophy Statement.** The NCAA, as an amateur organization, separates itself from the professional model of athletics. In this separation, participation in athletics for individuals competing for NCAA Division I institutions or who wish to compete for a Division I institution should be motivated primarily by education and by the physical, mental and social benefits derived from such participation. An individual who engages in activities that clearly professionalize himself or herself will be deemed permanently ineligible for Division I athletics. *(February 2006)*

**Standard.** The individual's actions shall be reviewed under a "reasonable person" standard to determine if those actions warrant the individual's eligibility not being reinstated for intercollegiate athletics.

Individuals who engage in the following activities have crossed the threshold of professionalism and, thus, their eligibility will not be reinstated:

    a. Sign an agreement or contract that states the individual is competing as a professional;

    b. Sign an agreement or contract that provides the individual with money above expenses (even if the money is never paid);

    c. Individual receives money above his or her expenses/individual has profited from his or her sport (i.e., could be in the form of cash payments, prize money, stipend);

    d. Individual consistently represents himself or herself as a professional athlete;

    e. Individual enters into written or verbal contract with an agent; or

    f. Individual accepts significant monetary benefits from an agent.

1. **Amateurism Issues Pre-Enrollment.**

   - Follow the link below to view the pre-enrollment amateurism guidelines.

   Division I ACP Guidelines Chart

2. **Bylaw 12.1.2.1.6 (Preferential Treatment Pre-Enrollment Only – For Post-Enrollment Guidelines, see next section).**

   a. Guidelines for violations involving prospective student-athletes occurring prior to April 14, 2017:

       (1) Value of benefit ranges from greater than $100 to $500 = repayment;

       (2) Value of benefit ranges from greater than $500 to $700 = withholding of 10 percent and repayment;

       (3) Value of benefit ranges from greater than $700 to $1,000 = withholding of 20 percent and repayment; and

       (4) Value of benefit greater than $1,000 = withholding of 30 percent and repayment. *(February 2004, updated May 2008 and May 2017)*

   b. Guidelines for violations involving prospective student-athletes occurring on or after April 14, 2017:

       (1) Value of benefit ranges from greater than $200 to $500 = repayment;

       (2)    Value of benefit ranges from greater than $500 to $700 = withholding of 10 percent and repayment;

       (3)    Value of benefit ranges from greater than $700 to $1,000 = withholding of 20 percent and repayment; and

       (4)    Value of benefit greater than $1,000 = withholding of 30 percent and repayment. *(May 2017)*

  c.  <u>Other Violations Involving Tangible Benefits</u> (except for benefits from an agent). The committee confirmed that the culpability of the prospective student-athlete should be assessed regardless of the bylaw in question (e.g., Bylaw 13). The same dollar-figure guidelines should be the starting point in these cases as well. *(April 2004)*

  d.  The committee noted the reinstatement staff should continue to review the factors that may increase or decrease the prospective or enrolled student-athlete's culpability in these violations and indicated that in situations where a student-athlete clearly has a responsibility for a violation and knowingly commits a violation of NCAA regulations, a significant withholding condition should be imposed. *(December 2000, updated May 2007)*



[redacted]

3. **Bylaw 13.2.1 (Offers and Inducements), 13.6 (Official (Paid) Visit) and 13.7 (Unofficial (Nonpaid) Visit).**

   a. Guidelines for violations involving prospective student-athletes occurring prior to April 14, 2017:

      (1) Value of benefit ranges from greater than $100 to $500 = repayment;

      (2) Value of benefit ranges from greater than $500 to $700 = withholding of 10 percent and repayment;

      (3) Value of benefit ranges from greater than $700 to $1,000 = withholding of 20 percent and repayment; and

      (4) Value of benefit greater than $1,000 = withholding of 30 percent and repayment. *(February 2004, updated May 2008, May 2017)*

   b. Guidelines for violations involving prospective student-athletes occurring on or after April 14, 2017:

      (1) Value of benefit ranges from greater than $200 to $500 = repayment;

      (2) Value of benefit ranges from greater than $500 to $700 = withholding of 10 percent and repayment;

      (3) Value of benefit ranges from greater than $700 to $1,000 = withholding of 20 percent and repayment; and

      (4) Value of benefit greater than $1,000 = withholding of 30 percent and repayment. *(May 2017)*

   c. Other Violations Involving Tangible Benefits (except for benefits from an agent).

      • The committee confirmed that the culpability of the prospective student-athlete should be assessed regardless of the bylaw in question (e.g., Bylaw 12). The same dollar-figure guidelines should be the starting point in these cases as well. *(April 2004)*

d. The committee noted the reinstatement staff should continue to review factors that may increase or decrease the prospective or enrolled student-athlete's culpability in these violations and indicated that in situations where a student-athlete clearly has responsibility for a violation and knowingly commits a violation of NCAA regulations, a significant withholding condition should be imposed. *(December 2000, updated May 2007)*

