# WILLKIE FARR & GALLAGHER LLP

MICHAEL S. SCHACHTER
212 728 8102
mschachter@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 16, 2018

**VIA EMAIL**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re: *United States v. Gatto, et al., Case No. S2 17-cr-686 (LAK),
List of Defense Exhibits Regarding the Separately Incorporated Athletic Entities*

Dear Judge Kaplan:

      I write on behalf of all Defendants, per the Court's instructions, to provide the Court with a list of the exhibits the defense sought to introduce regarding Kansas Athletics Incorporated, the University of Louisville Athletic Association; and the N.C. State Student Aid Association, which were precluded by the Court's ruling today, which Your Honor indicated would be marked as Court Exhibit C.

Respectfully submitted,

Michael S. Schachter

cc: (by email)

AUSA Edward Diskant
AUSA Noah Solowiejczyk
AUSA Aline Flodr
AUSA Eli Mark

Mark C. Moore
Merl F. Code
(*Counsel for Defendant Merl Code*)

Steven A. Haney
(*Counsel for Defendant Christian Dawkins*)

| Defense Ex. | Description | Pages |
|---|---|---|
| **Kansas** | | |
| DX-755 | Kansas Athletics, Incorporated Articles of Incorporation. | All. |
| DX-742 | Excerpts of Kansas Athletics, Incorporated Consolidated Financial Statements June 30, 2017 and 2016. | Cover, 4, 22. |
| DX-604 | University of Kansas NCAA Membership Financial Reporting System FY 2017 Report. | 1, 14, 22, 34-36. |
| DX-611 | University of Kansas Equity in Athletics Disclosure Act 2017 Report. | All. |
| **Louisville** | | |
| DX-709 | University of Louisville Articles of Incorporation. | All. |
| DX-710 | University of Louisville Athletic Association Articles of Incorporation. | All. |
| DX-711 | University of Louisville Bylaws. | All. |
| DX-712 | University of Louisville Athletic Association Bylaws. | All. |
| DX-714 | University of Louisville Athletic Association Form 990 for Year Ending June 30, 2017. | 1, 10, 41. |
| DX-605 | University of Louisville NCAA Membership Financial Reporting System FY 2017 Report. | 1, 14, 22, 34-37. |
| DX-612 | University of Louisville Equity in Athletics Disclosure Act 2017 Report. | All. |
| **NC State** | | |
| DX-757 | NC State Student Aid Association, Inc. Articles of Restatement. | All. |
| DX-756 | NC State Student Aid Association, Inc. Form 990 for Year Ending June 30, 2016. | 1, 2, 10, Schedule I. |
| DX-1903 | North Carolina State University NCAA Membership Financial Reporting System FY 2016 Report. | 1, 9, 15, 25, 26. |
| DX-614 | North Carolina State University Equity in Athletics Disclosure Act 2017 Report. | All. |