UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

   -against-                          17-CR-686 (LAK)

GATTO, ET AL.,

              Defendant.
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/18

## Order

       On 10/23/2018 the Court directed that car transportation home be provided by the Clerk's Office to the deliberating jury.

       IT IS HEREBY ORDERED, that the Clerk of Court is authorized to pay Global Administrative Services for the transportation provided.

       SO ORDERED.

Dated: November 5, 2018

                                                           Lewis A. Kaplan
                                                 United States District Judge