# A-69

The Honorable Lewis A. Kaplan

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


Dear Judge Kaplan,


I would like to add my voice to what I am sure is a large chorus of Jim Gatto's friends, family and as his sentencing phase approaches. I join those voices in humbly asking you to grant Jim probation in March.

Jim and I have a long history and much in common. We're the same age, grew up in neighboring towns on Long Island, and "grew up" professionally at adidas in Portland. And we both have a deep love of sports and a quarter century's worth of friendship and professional experiences. Any one of those subjects or experiences could fill this page with examples of Jim's compassion, insight, loyalty and good humor.

Instead please allow me to focus on this: Since I left Portland in 1997, I saw him several times a year as I worked for a long-standing licensee of adidas, and we also got together socially with a tight group of friends developed in those early adidas years. And <u>every</u> time we got together, be it at a sales meeting, a game, a reunion – or even a phone call or text – Jim's #1 focus, what he always talked about, was his family. His devotion to Rachel, Grace and Jack is Jim's defining characteristic. That's who he is.

The idea of Grace and Jack going through their critical teen years without their father is so hard to consider. I hope my voice can in some small way help those kids be with a father who is their steadfast champion.


Thank you for your consideration.


Respectfully,


George Haralambous

3177 Barry Ave.

Los Angeles, CA 90066

# A-70

December 15th, 2018

To Whom It May Concern,

My name is Austin Hodges and I work for adidas on the global marketing team leading corporate partnerships and acquisitions. I came to the brand (3) years ago as a grad-school intern. When I first arrived, I was hungry and eager to secure a job like every intern that summer. In the end, there were two types of interns. Those who had a job, and those who didn't. I had and still have a job at adi today in large part due to Jim Gatto.

Though we worked together in basketball, our day to day functions were so different we rarely had the opportunity to work together. I had nothing to offer Jim and there wasn't a thing I could do to make his life easier. But out of the kindness of his heart, he mentored me. Knowing how adidas worked, he helped me navigate my career path by tailoring my project requests to fill gaps in my experience. If I had ideas, he would allow me to pitch him first and provide feedback. He would then connect me with the adi personnel needed to bring the idea to life. He helped a bright-eyed intern who had nothing to offer find his way. Not by pawning me off to someone else or ignoring me. Instead he offered time, wisdom and guidance to a kid who could only repay him with a thank you. For that I am forever grateful.

With that, I find it appropriate and oddly poetic that my ask for Jim is time related. I'm asking the court to give Jim probation. I was taught that a man's character's defined by what he gives wanting nothing in return. Yes mistakes were made. But by that standard, Jim is one of the best men I know. Knowing Jim, he has suffered enough. Jim cares about the people around him. What his children have been through is enough punishment. Society is not better with Gatto in jail. Pain is not healed with Gatto in jail. Wrongs are not made right with Gatto in jail. Holes are not filled with Gatto in jail. Justice is not served with Jim in jail. But a family who has already suffered a punishment equal to the crime will continue to suffer. With that, I wholeheartedly beg for probation.

Sincerely,

Austin Hodges,

# A-71

December 1, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Judge Kaplan,

I have known Jim Gatto ("Jimmy") his entire life. He and his family, Jim, Barbara,
Danielle and Peter lived around the corner from my family in Lynbrook. I became close
friends with Barbara as we had so much in common. We each had 3 young children of
similar ages. Most days included a time we all gathered for the children to play and for
the mothers to share parenting tips and support each other.

Barbara and Jim were devoted to each other and to their children. They were the kindest,
most generous neighbors. They instilled in their children a strong sense of right and
wrong. Jimmy and his siblings grew to be a true reflection of their parents.

Jimmy was just a couple of months older than my son, Matt. Matt had 2 older sisters and
he looked upon Jimmy as a big brother. I was thrilled to see the relationship grow.

One of my most vivid memories I have is of a lovely summer day when both Jimmy and
Matt were about 15 years old. They both decided to spend the day with their mothers.
First the boys challenged us to a tennis match. It was difficult to keep up with the raw
enthusiasm and physical strength of the boys. However, they were gracious and it was a
close match. We then had a competitive game of Trivial Pursuit—boys versus moms.
The older generation had a much better showing. What a truly amazing day—teenage
boys choosing to spend time with their mothers.

Jimmy has grown to be a man with the same strong moral compass as his parents. He is
fiercely protective of his wife, Rachel, and his children, Jack and Grace. He is dedicated
to providing them with love and security. They look to him for strength and guidance.

The last year or so has taken its toll on the entire Gatto household. The presence of
Jimmy in the household has enabled the family to cope with all the pressure and
uncertainty. Without Jimmy, their suffering would be unimaginable.

I urge the Court to continue to permit Jimmy to remain at home. The destruction of his
family should not be the appropriate resolution.

Sincerely,
Rona Klein
164 Sea Road
Kennebunk, ME 04043

# A-72

**Jim LaFarr**

19025 Noble Oak Dr.
Germantown, MD 20874
(240) 281-7393
lafarrj@gmail.com

December 20, 2018

**The Honorable Lewis A. Kaplan**

United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I hope this letter finds you well. My name is Jim LaFarr and I am a younger cousin of James Gatto ("Jimmy"). I write this letter to demonstrate the considerable positive impact Jimmy has had on my life. I am the eldest child in my family, so growing up I looked up to Jimmy as an older brother figure. Unbeknownst to him, Jimmy has had an impact on pretty much every aspect of my life. Through observation and direct interaction, Jimmy has taught me the value of hard work, helping others, and the importance of family.

Jimmy is around 13 years older than I am, and when I was in my highschool years he was already working for Adidas. Every summer, Adidas would hold a basketball camp with the top high school players in the country. I was interested in being around the camp, but was too shy to ask Jimmy if I could be involved. Jimmy went out of his way to invite me to work at the camp. I ended up working at the camp each summer through my first or second year of college. Each year that I worked at the camp, Jimmy gave me more responsibility. At the time I just thought this was an amazing experience, but looking back on it a few years later, I realized it taught me that working hard builds trust and with that will come more responsibility and advancement. This lesson has stuck with me, and I have used it to have success in my career thus far.

When I was first starting my career I needed some assistance and Jimmy dropped everything to help me. Around 11 years ago, when I first started with my company, I put on my resume that I worked for Adidas for a few weeks each summer. My company was unable to confirm this fact prior to officially hiring me.  When I asked Jimmy if he could help me with this, he dropped everything and took care of it right away. I'm not sure that I would have been hired if he didn't contact them so quickly. I am eternally grateful for this, not

only for my career, but this afforded me to meet my lovely wife, for which we have two young children. I now make sure to help anyone that needs my assistance if I have the means to do so.

Throughout the years, I have witnessed a lot of milestones for Jimmy, but the happiest and most content I have seen him is when he is around his family, especially his Wife, Rachel, and children, Jack and Grace. I haven't seen or spoken to them in a few years, but I used to see them on family vacations during the summer. Jimmy was always interested in what Jack and Grace were doing and I could tell that he enjoyed being around them and helping them to learn and grow. As I have started my own family, I try to emulate characteristics that I have observed with Jimmy and how he interacted with his children.

These are just a  few examples of the positive characteristics that I have observed in Jimmy. I was shocked when the news broke of the chargers against Jimmy. The way he was characterized in the complaint and by the media was not the Jimmy that I know.  I have known Jimmy my entire life and it is not in his character to knowingly and intentionally hurt someone. I have not spoken to him since the charges were filed, but I know that this has been very difficult on him and his family. Jimmy, Rachel, Jack, and Grace's lives have been forever altered. I ask you to please sentence Jimmy to probation instead of sentencing him to jail.  I feel that taking him away from his family serves no benefit to society and would only further prolong the agony they feel and negatively impact the lives of his innocent wife and children.

Thank you for taking the time to read this letter and give consideration to my request. In the unlikely event that you would like to reach out to me to discuss the impact that Jimmy has had on my life. Please feel free to call me directly at 240-281-7393.

Thank you for your time,


Sincerely,


Jim LaFarr

A-73

December 11, 2018

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I am writing you on behalf of my friend James Gatto and his family.  Jim and his family have
been friends of my family's for the past 12 years.  More importantly, Jim is a pickleball buddy of
mine.  I'm not sure if you play pickleball, (one might consider it tennis on a smaller scale), but if
you do, you would understand that you learn a lot about people when they are under pressure,
and the game is on the line, even when the game is recreational.

While Jim is not all that good at the game, I've noticed something interesting about his
judgement.  Jim's line calls are solid:  fair if you will, to the point if he were to error, Jim does so
in the opponents favor.  And although that might silly, it is an important facet of the game.  Like
in golf, where the players integrity is of the utmost importance, pickleballers live by a similar
standard.  That is, if I hit a ball and my opponent call it out, I must live with the call and trust
they are being honest: no crying, no whining, move on to the next point.  There are of course
times when a call seems wrong and that happens.  When it happens a lot, that player usually
weeded out.  Jim is not that guy.

Your Honor, my wife and Jim's wife walk the family dogs together on a regular basis, and my
wife is witnessing first hand the pain his family is enduring with not only their current situation,
but the impending sentencing.  I understand you are charged with that decision and I ask you,
with respect, for leniency and probation for my friend.

Thank you for your time.

Sincerely,
Scott McDonald

A-74

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I have known Jim Gatto, Jimmy, as I have fondly referred to him for 30 years.  We met as freshman at Elmira College.  Jim was a budding superstar for our college basketball team, while I was a college soccer player.  We hit it off as soon as we met!  We had a lot of similar interest that drew us to together and gave us an instant close friendship that has lasted until this day.  We eventually became college roommates.  Throughout our college years Jim and I grew increasingly closer becoming close confidants that could rely on each other.  In the summer time and breaks from school we would often go over of our parents' homes for dinner and other events.  He was there to support me with my academics needs and soccer games.  As we became upperclassman I witnessed Jim go out of his way to assist and mentor younger and incoming freshman basketball players.  They always looked up to Jim and had good thing to say about him.  Jim was well like by all of our classmates including professors and athletic coaches on campus.

Jim has always been a gracious and dependable friend who will go out of his way to ensure that you are okay.  When Jim moved to Atlanta from NY I told him that I wanted to visit.  He quickly told me to come and visit.  A month later when I told Jim that I wanted to move down to Atlanta he instantly opened up his doors and told me that I could stay with him until I got settled.  Not only did Jim let me live with him rent free until I moved into my own place, he also graciously allowed a couple of my friends who came with me to stay there.  While I was moving to Atlanta my car broke down in SC, Jim drove from Atlanta to come and rescue me.  I was so appreciative of him going out of his way to drive 100 of miles to come and get me.  Also, his hospitality while staying with him was a blessing.  Jim has extended himself countless times to me and others.  If you meet and talk to Jim Gatto, minutes later you will like him due to his gracious and exuberant personality.

I have seen Jim throughout the years grow from that young bright eyed college freshman from Long Island to a hard working dedicated husband and father residing in Portland.  Jim is a proud father of Jack and Grace and loving husband to Rachel.  Every year for Christmas I receive a beautiful picture of the Gatto family.  Jim is looking forward to seeing his son Jack who is a senior this year graduate in 2019.  Jim is also very involved with his daughter Grace's extracurricular activities ensuring that he shows his presence to support her.  Thirty years later Jim continues to be a gracious friend who opened up his doors to me when I visited him and his family in Portland this summer.  I witnessed the outpouring of love he was receiving from friends and neighbors during my trip.  His integrity and dedication throughout the years to friends and family is unparallel.

Sincerely,

Jason McNair

A-75

Dear Judge Kaplan,
    I am writing to you on behalf of James Gatto. My husband and I have known Jim for almost 30 years now. We all attended and graduated from Elmira College in Elmira, New York. We have known him as a college student, professional and a loving father and husband. We have always known him to be a loving family man and respected community member. On behalf of Jim, Rachel, Jack and Grace we ask that you show leniency and impose a term of probation rather than a prison sentence. This is a time when his children need him the most as they finish their high school careers and become young adults. Thank you for your consideration in this matter.

                                    Sincerely,
                                    Suzann + Rick Parker

# A-76

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York NY. 10007

Dear Judge Kaplan -
        My name is Jane Savino
and my family and I were neighbors
of the Gatto's for 22 yrs. We lived
two houses away from their home.
I continue to be friends with Jim's
parents for the past 48 yrs.
        I have known Jimmy
since the day he was born -
He was an adorable little
boy, always pleasant not a
trouble maker - As he grew
into a teenager and young
man he became a helpful
pleasant young man -
                                    ⇒

When the kids would play outside, in those days children could play outside he always protected the little ones. We had a load of children on our block.

Although he has lived in Oregon for many years we always saw him when he came into town.

Now he has a wonderful loving family of his own.

My memories of Jimmy will always be how kind and sweet and helpful he has been to his neighbors and friends

Sincerely —
Jane Danero

A-77

November 18, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

My name is Nick Shivers, and I am writing this letter on behalf of Jim Gatto.  I own a real estate company, West One Properties, and am the co-founder for a charity called "Sell A Home, Save A Child" (https://www.sellahomesaveachild.org).  My wife, Johna, and I have been married for 19 years, and we have three children together whom we have raised in Wilsonville, Oregon.  Our 17 year-old son, Keegan, has played football, basketball, and baseball with Jack Gatto (Jim's son) throughout their childhoods. I look back on many, many years of coaching these kids, and know Jim Gatto to be a very supportive, encouraging and loving father.  The best way for me to summarize Jim and his commitment to his family, was when I coached his son in 5th grade baseball.  Jim would be traveling and flying all over the U.S. for work, and even if it meant the red eye flight, he would always show up for Jack's baseball games.  I remember saying to him how inspiring it was to me that while most dads worked locally, only a handful of them made it to all the games, and somehow he never missed one.  He looked at me and with His East Coast accent said:  it's family and nothing is more important than family.  As a friend, Jim has been kind, upbeat, and polite. He and his wife always presented a positive and supportive presence for both their son and daughter at their sporting and other school and extracurricular events.

I am reaching out to you because it is my hope that you will see Jim for what he is:  a helpful, funny, caring, supportive friend, husband and father.  That is how we know him, and we have appreciated his kids, and his family's contributions to our lives and to our community.  It is our sincere hope that you will consider the negative impact that this experience has already had on Jim, his wife, and most importantly his children.  It is our genuine hope that you will consider all the years that Jim has been a devoted husband and father, and all of the positive impacts he has had on his family, our kids' lives, and our community.

With Gratitude,


Nick and Johna Shivers
503-953-4110

# A-78

The Honorable Lewis A. Kaplan
United States District Judge
Southern Distric of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

My name is Billy McKnight.  I have had the pleasure of working with Jim Gatto while he was Director of Adidas Basketball.  I am not an employee of Adidas.  I am the head basketball coach at Prolific Prep Academy in Napa, California.  Prolific Prep Academy is a high school program that has succeeded in giving our student athletes the tools to be successful in college and later in life both on and off the court.  In the past two years alone, we have successfully helped eight players earn Division 1 scholarships and our cumulative team GPA during that time is 3.5.  Players that have come through our program are currently attending schools such as Fordham University, The University of Oregon, Xavier, Buffalo, University of Nevada, UC Santa Barbara.  Some of our current players are being recruited by high academic institutions such as Stanford, USC, UCLA, Cal Berkeley, and many others.

When I first met Jim, it was clear that his interest in our program came from our ability to produce well rounded young men.  It was more than about basketball. He was enthralled with the quality of our school (Napa Christian) as well as the advanced basketball development program that we provide.  He is one of the reasons that we are now sponsored by Adidas and continue to offer the opportunity to kids from around the world to be educated in the United States.  During the current NCAA signing period, one of our players, Alimamy Koroma, became the first person ever to sign a Division 1 letter of intent and scholarship papers from the country of Sierra Leone.  He will be attending Cal Poly San Louis Obispo, one of the top academic institutions on the West Coast.  He cried with tears of happiness as he signed his paperwork.

Jim is a man of integrity and moral compass.  When he speaks, he speaks the truth. He believed in myself, the Prolific Prep founders, and our program goals.  He knew that we were supplying kids with opportunities to succeed in life that they would never have otherwise who can ultimately make this world a better place.

I ask only that you consider my experience with Jim in imposing a term of probation rather than a prison sentence.  He is a great man who has impacted the lives of our kids in ways no one else could.

Thank you for your consideration!


Billy McKnight
Prolific Prep Academy Head Coach, Napa, California

27135553.1

Cell: 415.755.5569

# A-79

12/12/18

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I am writing to you on behalf of Jimmy Gatto.  I would like to tell you a little about me an my background first.  I have worked in the basketball industry for 28 years. I started out with the NY Knicks in basketball operations in the early 90's and left to start SLAM Magazine in 1995 where I was the Associate Publisher for 14 years. I then left to work at the NBA for Adam Silver in 2009.  After a few years at the league office I left to start my own agency and I am now a certified NBA & FIBA Agent representing basketball players here in the NBA as well as in Europe and Australia.  I live in Westchester NY with my wife Robin who is an attorney and has her own firm.  We have two children named Paige (18) and Grady (14).

I am writing to you because I have come across many people in this industry.  Not hundreds but more like thousands over all my years on all sides of the sport. Whether with the Knicks on the team side, the media on the SLAM side or at the NBA which was the league side, I have been privileged to work with so many good people and others that I wouldn't put in the same category.  I met Jimmy in 1996 just after we started SLAM.  Right away I could tell that Jimmy was different than all the others, specifically at the footwear companies.  As you can imagine with SLAM I worked with every sneaker company you have ever heard of.  Jimmy was genuine and thoughtful, always honest and to the point.  I would see Jimmy at events at least 3 or 4 times per year for over 20 years.  The first thing he would ask about was always my family.  It was never about business with Jimmy, that was third, family came first and second. He always did a great job for Adidas, but family was always first.  He would ask about my family and specifically all about my kids.

As I got to know Jimmy I realized early on what was most important to him and that was his family, his wife and his kids of course.  I also knew Jimmy's dad who was a very reputable HS coach here in NY for many years and just like his dad, Jimmy had a great reputation and was also all about family and friends.  Jimmy has always been there as a friend first, a shoulder to lean on, a person to talk to and someone you can rely on.

I just want to tell you a quick story, one time in early 2000 just after my daughter Paige was born I met with some other folks at Adidas and was about 30 minutes away from going into a big presentation where I was pitching the magazine to Adidas.  Jimmy saw that I was stressed and tired and approached me.  Jimmy happened to be nearby but was not a part of this meeting.  He saw me and pulled me aside and didn't want to talk about basketball or business (which we also enjoyed) but wanted to talk about how I was adapting to fatherhood and wanted to hear about everything from how the baby sleeps, eats, smiles and took so much joy in just listening.  He could tell I was tired that day and stressed and all he was trying to do on that day was to take the stress away and by talking about my baby girl (Paige) he knew he was taking my mind off things.  I wish I could articulate on paper what this meant to me but it's just who Jimmy is.  Since that day in 2000 there has been countless times I have seen or bumped into Jimmy and it's always the same thing with him, family, and interest in his friends, colleagues and loved one's lives.  I can only speak to his character when I say that Jimmy Gatto is one of the finest individuals I have ever met in business and we are not best friends or family friends.  We started as colleagues and became friends.  I have never thought of Jimmy as Jimmy from Adidas, like I do with almost all folks in the industry.  With Jimmy I just think of a great person, a loving father and a caring individual who is always there for people.  I thank you for reading my letter and I hope you will take this story into consideration when you evaluate who Jimmy Gatto really and truly is.  I say he is a mensch and a loving one at that.

Ronnie Zeidel
President / RZA Sports

# A-80

The Honorable Lewis A. Kaplan
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,                                                          11-23-18

I write this letter today to plead with you to be lenient in your sentencing of Jim Gatto, my friend and neighbor for over 14 years now.   In fact we currently live directly across the street from the Gatto family and have been consistently involved in their lives:  raising children of the same age range as Jack and Grace, helping each other when needs have arisen, celebrating life events, and even vacationing together to Disneyland and central Oregon.

As a father, I have seen Jim's interactions with his two children as nothing short of exemplary. He has demonstrated an ability to work hard to support his family, yet balance his time to be fully present and engaged in their lives when not working.  Whether cheering them on to bravery to try out for that AAU team or go on a scary ride at Disneyland, lovingly challenging them to a basketball game out on our street, or waking them up to get ready for mass on a Sunday morning, Jim has poured into his children values, morality, and unconditional love through action and words.

As a husband, I have watched Jim care for his wife, Rachel, with tenderness and faithfulness.  Their history of commitment to a successful marriage since their college days is a testimony to Jim's loyalty and integrity.  I've enjoyed watching their interaction at social gatherings where they move in thoughtful harmony to one another, always edifying and ever adoring.  In our community where divorce abounds, Jim and Rachel's example of a thriving marriage is a standard that others desire to emulate.

As a friend, I have experienced Jim as a generous man, always willing to lend a hand or offer his time to give back.  From pranks played on one another (Jim putting NY Jets flags in our Steelers yard!), to laughter around an intense football game, to lazy days floating down the Deschutes River with our families, Jim is a friend you just want to be around.  His easy-going manner, the kindness that naturally flows from his life, and his love for God and family make him an outstanding person that my family highly values.

Because of all these qualities that make up the person of Jim Gatto, it is clear on multiple levels that he has suffered enough since that dreaded day last October 2017.  The pain he and his family have experienced through this ordeal is enough to last a lifetime, and I beg the Court to consider a term of probation instead of a prison sentence.  If you knew Jim Gatto the way we do, you would certainly be asking the same.

Respectfully,

DeAnne Welberg

27135630.1



27135630.1











27135630.1



# A-81

Judge Kaplan -

I am writing this letter on behalf of my professional mentor, former boss, and dear friend, Jimmy Gatto.

When Jimmy comes to mind, the first thing I think about is his commitment to family. Through the years, I've watched him parent two wonderful children and set the standard of what it means to be a committed husband.

Being the mentor, father, husband, and community leader that he is - we ask that you deliver on a lenient sentence.

Sincerely,

Brandon J. Walker