A-82

November 29, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I am honored to have the opportunity to write you about my friend and co-worker Jim Gatto. I have known Jim my entire adidas career, 22 years so far. We met when we were both on the Sports Marketing team back in the 90's. Although we worked on different categories, you could always count on "JimmyG" for guidance, advice or a good laugh with that infectious smile.

What has stayed with me over time is Jim's love for his family. When his son was born, and later his daughter, he came into work proudly showing photos of his magnificent family. Those kids and his wife are everything to him and he is a kind and loving father and husband. He relocated his family from a home close to the office to an area much further away that he would commute from to make sure his kids were in a great school district. He beams when you ask him how the kids are, he loves to share their success in sports and equally the kids love their dad and share a special bond.

It is difficult to describe someone in a few short paragraphs but I can tell you this, Jim is a good man, a kind man and a special man. The past year has been very difficult on Jim and his family, he has suffered immensely during this period. A person like Jim should not be incarcerated, he would have so much more to offer others and the community through probation and community service. The ages of his kids and the milestones in front of them are special times that no parent should miss. I hope you will take this small snapshot of Jim into consideration when deciding his sentence.

Best Regards,

Molly Ruscoe

Molly Ruscoe

# A-83

November 27, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I am Jim Gatto's aunt and have known him his entire life. The memories that I have of him mostly took place at my parent's cottage on Lake Michigan. We had large family gatherings there every summer. Even though Jim was a lot older than my children, he always took them under his wing and included them in all the fun. I always knew he would make sure nothing happened to them.

It has been a pleasure to see him grow up, get married and have kids of his own. He's a great dad and husband and is very involved in his children's activities. Jim has been a strong influence in their lives. I hope you will consider placing him on probation so that he can stay with his family.

Sincerely,

Elizabeth M. LaFarr

Elizabeth M. LaFarr

# A-84

**Matt Davis**
14324 Weddington St
Sherman Oaks, CA 91401

December 13, 2018

Hon. Lewis A. Kaplan
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　Re: Character Reference for Jim Gatto

To the Honorable Judge Kaplan:

I have known Jim Gatto for 10 years. We met when I entered the basketball representation business. Since I have known Jim for 10+ years, I believe I am in a good position to provide you with an intimate and unique perspective of Jim's character.

Jim is a close friend and my friendship with him extended outside of the workplace. I consider him a close friend. As a friend he is the best. He has always had a good moral character, is honest, loyal and extremely considerate. He has always looked out for others, whether friends, family or strangers. Jim has always supported me, through good times and bad, and has never expected anything in return.

Jim is also what I like to call a "giver." He has always been very generous with his time and is known by all of his friends, family and colleagues and someone who is always there for whatever is needed. Jim is a man of his word and delivered on whatever he said he was going to do

In conclusion, Jim is a close friend and mentor in the business. We have laughed together, have relied on each other for better or for worse, through good times and bad. I have witnessed first-hand Jim's commitment to his rehabilitation and he has demonstrated contrition for his acts.

If you would like discuss Jim's character in further detail, please feel free to call me at 818.523.9834.

Sincerely,

Matthew Davis
Mobile: 1.301.346.6654

Email: mattyd2985@gmail.com

# A-85

Mr. Brian Slaninka
30 Danforth Crescent
Rochester, NY 14618
585.233.2362
bslaninka@outlook.com


November 28, 2018


The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan:

My name is Brian Slaninka. I am 44 years old, married 17 years with three children (2 boys and a girl). I grew up with Jimmy Gatto and lived at 72 Stuart Street in Lynbrook NY 11563 – exactly five houses down from Jimmy. If there was anyone that I admired, respected and wanted to be like, it was was Jimmy Gatto. Jimmy was my neighborhood and childhood hero and I always strived improve in sports because of Jimmy. I wanted to become my own version of Jimmy and I was able to! Jimmy always included me with his friends and in the neighborhood/town. Not once did he ignore, mistreat or discourage me on what I could not do. Lynbrook has a very rich tradition of excellence and something Jimmy and I are very proud of. When Jimmy left for Elmira College, I felt lost without Jimmy around and in the neighborhood. Little did I know, this would lead to his journey around the globe and leading others to strive to be their own version of Jimmy Gatto. While Jimmy was at college playing basketball, I contacted him on a regular basis and he would always take the time to speak with me. This meant the world to me – my hero playing college ball while still taking the time for my calls – and it demonstrated to me Jimmy loved me in his own special way.

As I grew to become my own version of Jimmy (playing soccer, basketball & lacrosse) with every step on the field or court, I had in the back of my mind, work as hard as Jimmy did, and then push some more – that is what Jimmy would say and want for me.

My day would come that I would have the ability (and several choices) to play either soccer or lacrosse in college. What an accomplishment, this accomplishment is from the term "it takes a village". The life lessons learned on Stuart Street in Lynbrook NY with Jimmy Gatto leading the charge, what could be a better foundation for success and leadership? We were lucky (and I realize how much now being a Dad) that we had loving families and friends that would take care of and look out for us. One thing is for certain, much like Jimmy, my travels took me away from Lynbrook (I currently live in Brighton NY a suburb of Rochester NY) and part of why I have relocated and landed in Rochester NY was to provide this area with a piece of Stuart Street. So, when I have taken the field(s) and court(s) in Rochester to Coach Football, Soccer, Lacrosse, Basketball, Wrestling with my sons/community (and now with my daughter/community), I carry a piece of Jimmy on my shoulder guiding me to be a better person, coach and to share what we have learned with the "next generation" versions of Jimmy Gatto.

My family and I visit Stuart Street in Lynbrook NY several times a year, especially during the Thanksgiving Holiday. And every year Jimmy would receive a note or text from me asking (hoping) he and his family would be in NY at his parent's house. In fact, I sent Jimmy a note on November 14th 2018 asking if he may be in Lynbrook over Thanksgiving, and unfortunately, he would not be in town. Three years ago, Jimmy and his family were in town. When I approached Jimmy's house, I felt like I was 10 years old again, with butterflies in my stomach. As the door opened, I was greeted with Jimmy's smile, which made everything in my world normal. Anything that I was sidetracked with or worried about did not seem to matter once I had Jimmy Gatto in my sight! We picked up where we left off years ago (sign of a true and genuine friendship). Not only did I stop by Jimmy's house to say hi and pay my respects, but Jimmy came down the block with me to see my parents and show his respect for being in town.

If I am needed to discuss and/or share any of the above in person, I would gladly would incur any cost and take any time necessary to share with you what and who Jimmy Gatto has and will continue to be towards Brian Slaninka.

Judge Kaplan, I ask that mercy be sent towards Jimmy as you consider his sentencing.
The impact to Jimmy and Family to date has been extensive, I plead with you to provide and offer Jimmy with a sentence of probation rather than prison. This has had a global reach towards Jimmy, the family (immediate and extended) and what the future holds or will not hold for how Jimmy Gatto and The Gatto Family is viewed. For one situation to erase 50 years of good living and giving to the community at large – should not define Jimmy's legacy. If I know anything about Jimmy, the prison he has been living inside his head, home and life has taken its toll. The lessons taken and learned are such like a ripple a stone makes when you toss it into the water, we never actually see where it ends…. Jimmy will walk the rest of his life answering for what has taken place. Again, Judge Kaplan, I ask that you show leniency and issue Jimmy probation vs. a prison sentence – thank you from the bottom of my being.

I have, do and will continue to seek Jimmy out as a beacon of strength and leadership.

Thinking of Jimmy brings a smile to my face, which turns a bad day into a good day and a good day into a great day!

If I can be of any further assistance, please let me know?

Sincerely,

Brian Slaninka

# A-86

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

12/6/18

Dear Judge Kaplan,

In my 30 plus years in the sporting goods industry, I have been asked to write a great deal of recommendations for both college applicants and job applicants. When I learned, there was a chance to write a few words about my dear friend Jim Gatto, I immediately jumped at the chance to share my thoughts regarding a man, husband and father whom I hold in the highest regards.

I have known Jim Gatto for over 19 years now having worked together at Adidas when I was the GM of Footwear for cleated sports. As I moved on in my career with other companies, Jim and I remained friends and I could always count on a quick note or conversation to catch up on the happenings with his family, career and busy schedule as a coach and community activist in the Wilsonville area. Like most parents, it was always great sharing photos or stories of our kids exploits on the field or court and off.

While working together at Adidas, I always found Jim to be diligent in his work and always willing to listen and help when asked. In the footwear industry, you can often find people that are arrogant and take their positions for granted, but in Jim's case he was always approachable and willing to work in a collaborative manner. While attending an event together in Los Angeles, my sales assistant dropped the ball on getting tickets for one of our retail partners. Being All-Star weekend for an NBA game, these tickets were very hard to come by and impossible to secure. I reached out to Jim to help me even though he wasn't in my department, and he worked overtime to help me secure a ticket to take our account.

As years pass in our industry and people move to new brands, I have made it a point to stay in touch with Jim and a few other co-workers from my Adidas days. One of my biggest strengths is the long-term relationships I build with people I consider to be of high integrity and character and I consider Jim Gatto to be in that category.

As you think about sentencing for Jim, I would ask that you consider the father, husband that would be taken away from his family and community. Jim has been crippled financially by the actions that have taken place, but maintained a strong sense of faith, family and community. Jim would be better served doing community service within the community and putting his intellect towards helping other.

Judge Kaplan, I thank you for taking the time and consideration to read this and best of luck in your decision making.

Sincerely

Tom McGee| CEO New Balance Golf

12/6/18

2

# A-87

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

     I am writing to show my support for Jim Gatto and his family.  I've been friends with Jim for twenty five years…we started working together fresh out of college, trying to establish ourselves in the athletic industry, and working to get our footing in the world.

     I had the pleasure of working alongside Jim in my time at adidas, and when I was fortunate to come back to the brand Jim was always there to lend insights and inspiration to me when times weren't always favorable to me.  When I returned to adidas, he advocated for me with others, and went out of his way to reach out to pick me up when I needed it.  I've always respected Jim's opinion and watched him lend a hand to many in the community, to those he coached, and worked with.  We've He's a wonderful family man, honorable husband, and wonderful father to Grace and Jack.

     Judge Kaplan, I respectfully request a term of probation for Jim.  For Jack and Grace to lose their father at this critical time as teenagers would impact those kids for the rest of their lives.  His family has suffered dearly, and I know Jim is contrite for all that has occurred.


My best to you and yours,


Ken Thornby

45 Union Park

Boston, MA , 02118

# A-88

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

DEAR JUDGE KAPLAN,

JIM GATTO IS THE SON OF MY COUSIN BARBARA
GATTO. HER MOTHER AND MY FATHER WERE
BROTHER AND SISTER.

I SPENT SEVERAL SUMMERS WITH JIM AND THE
WHOLE GATTO FAMILY AT THEIR COTTAGE ON
LAKE MICHIGAN. JIM EXHIBITED A FUN AND
AFFABLE PERSONALITY DURING THOSE SUMMERS.
WE WENT CANOEING AND SAND DUNE CLIMBING
AND JIM ALWAYS HAD A POSITIVE AND GOOD
NATURED ATTITUDE.

JIM SPENT TWO WEEKS AT MY HOME IN FLORIDA
DURING THE HOLIDAYS. HE WAS A GENTLEMAN
AND A PLEASURE TO HAVE AROUND.

IN MY HEART, I BELIEVE JIM TO BE A GOOD
MAN, A GOOD HUSBAND, AND A GOOD FATHER.

SINCERELY,
Ted Mackin

A-89

The Honorable Lewis A. Kaplan

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Kaplan,

I am a friend and ex-colleague of James Gatto, who I have always known as "Jim."  I began working with Jim in 1995 at adidas at a time when we were both beginning our careers at adidas.  The company was small then and we worked in the same department for several years.  I worked and travelled with Jim on many occasions and we became fast friends and have remained so for over 20 years.

I can describe Jim with a few adjectives: honest, simple, high-integrity, kind, loyal, and family-oriented. Jim is a high quality man whom I trust deeply.

I hope that Jim can be granted probation rather than a prison sentence and thank you for your consideration of this request.

Sincerely,

Brett Joyce

# A-90

**The Honorable Lewis A. Kaplan**
**United States District Judge**
**Southern District of New York**
**500 Pearl Street**
**New York, NY 10007**

**Dear Judge Kaplan,**

I am a guy who litteraly grew up in the basketball world and I had the opportunity to meet a lot of people in this business and Jim Gatto rapresents without a doubt one of the best person I have ever met.

I had the opportunity to work for Jim in the european adidas basketball office for almost 8 years and the only thing I regret is not being able to spend more time with him because every second spent with him it was an opportunity to learn something

Jim has been an amazing leader for me, always able to use words of encouragement with his positiveness way of seeing life and showing that he cares about people around him.

Leaving aside all the business talks, the things i appreciate the most in him was his big heart and his value of the family. Jim was used to travel and work a lot but every free moment was dedicated to his family

I hope this note may be taken in consideration.

Respectfully Yours,

**Michele Gherardini**
**cell. +39 347 8246658**
**michelegherardini@gmail.com**

# A-91

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

My name is Jim Taylor and I am a first cousin of Jim Gatto, I am writing this letter to give some insight as to the type of person that Jim is.  Even though we both grew up in different states and did not see each other throughout most of the year, our families would get together each summer at our grandparent's cottage in Manistee, MI, and we would catch up and enjoy each other's company.  While growing up, I always admired the way Jim acted around others and was always happy to lend a helping hand when needed.

Even as we grew older and Jim got married and had children, we would still spend time together at the cottage every other summer and during this time, I always saw the loving nature that Jim provided to his family and others around him and conducted himself with integrity with everything he did - I viewed him as a role model and a mentor.  Throughout his life, Jim has always been involved with the church and he has instilled those principles and qualities into his two children, Jack and Grace.

In all my time spent with Jim, as kids growing up and as adults, I have always seen him as a very thoughtful and trustworthy person, someone who you could always depend on being there for you when you needed him.


Thank you for taking the time to read this letter.


Sincerely,

James B. Taylor

# A-92



## FENERBAHÇE SPOR KULÜBÜ

34725 KIZILTOPRAK - KADIKÖY - İSTANBUL
Tel: (0216) 542 1907 ● Faks: (0216) 542 19 60
www.fenerbahce.org ● e-mail: bilgiislem@fenerbahce.org

03.12.2018

**The Honorable Lewis A. Kaplan**
**United States District Judge**
**Southern District of New York**
**500 Pearl Street**
**New York, NY 10007**

**Dear Judge Kaplan,**

I've been privileged enough to live my passion for the game and work as a basketball executive for almost 40 years, at the top level in Europe first, then in the NBA and currently in Turkey.

Working in so many different places has also given me the opportunity to meet all sort of different people.

I've known Jim Gatto now for more than 15 years as we happened to work together at creating and developing basketball events in Europe.

He has become a friend, a real one, a person who has always "surprised" me with his positiveness, with his being available at the craziest hours of the day to solve any issue, with his professional approach always connected to a big smile.

That is actually what has touched more than anything about him: he was always ready to help and advice and it did not matter if you were an executive or a camp helper. In exchange I did try as often as I could to introduce him to the secrets of the Italian cuisine and I have to say that his smile was at least as big while sitting at the table.

Jim is a good person, with a good heart as he is someone who cares about the people around him, always.

I hope this note may be taken in consideration.

Respectfully Yours,

**Maurizio Gherardini**
**ITA cell. +39-335-7102860**
**TUR cell. +90-551-2041665**
**Skype username: forlı111**

FENERBAHÇE SPOR KULÜBÜ BAKANLAR KURULU'NUN 07.03.1994 TARİH 94/5420 SAYILI KARARI İLE KAMU YARARINA DERNEKTİR.

# A-93

December 18th, 2018


**The Honorable Lewis A. Kaplan**

**United States District Judge**

**Southern District of New York**

**500 Pearl Street**

**New York, NY 10007**


Dear Judge Kaplan,

As CEO and President of Ryden Enterprise, a sports marketing and management company I have known Jim Gatto for over twenty years. He has always worked to impact the youth throughout the country in a positive manner through the sport of basketball. Under his guidance and direction, opportunities for thousands of young people and adults came to fruition. In communities where there was little hope, he brought inspiration and real options.

During his tenure at Adidas his dedication and integrity was optimal in all of my experiences. Jim seemed to truly enjoy giving to youth and communities throughout the US. His approach to supporting was always genuine. Please consider a level of leniency when making this life altering decision related to Jim Gatto.

Kind Regards,

Chris Dennis

# A-94

To the Honorable Lewis A. Kaplan,

My name is Rebecca Elizalde and I am the sister-in-law of Jim Gatto. My family has had the pleasure of knowing Jim for over two decades and I wanted to reach out to you directly to offer some insight to his character and the person he truly is.

Over the years we have had several opportunities to visit with Jim, Rachel, Jack and Grace at family get-togethers . My own son, JR, on several occasions has expressed his love and endearment for his uncle. He affectionately refers to Jim as "Redneck". The first time Jim and his family came to visit us in Lake Tahoe we had gone to the beach for the day and Jim hadn't used enough sunscreen, hence the nickname. From time to time JR will ask about his uncle and the conversation will inevitably end in laughter and discussion of that day and he always asks about when they will be able to do it again.

Jim is a good man. I know that he is extremely remorseful for the actions that took place and the impact they have had. With that being said, actions have consequences. I believe the consequences from these actions have been immensely and whole-heartedly felt by Jim, his family, his friends, and his community. I hope that when everything has been weighed you may consider imposing a term of probation in lieu of incarceration so Jim can continue to be a positive light for all those around him.

Sincerely,

Rebecca Elizalde and family

# A-95

November 17, 2018

The Honorable Lewis A. Kaplan
U. S. District Judge
Southern District of N. Y.
500 Pearl Street
New York, N. Y. 10007

Dear Judge Kaplan:

We are writing to you on behalf of James Gatto (Jimmy).

Jimmy is our son's brother-in-law.  We have known him since the early 1990's.  Jimmy has always been the kindest, most thoughtful and respectful person not to mention always ready to lend a hand.  Even though the distance from New York to Oregan spans coast to coast, Jim is always present by phone on all holidays and special occasions.  The times when he and his beautiful family are here in New York are truly wonderful for all of us.

Our son tells us stories of family gatherings at the family summer cottage on Lake Michigan when Jim can be counted on to insure that all are having a wonderful time.

Spending time with Jimmy's parents (our som's in-laws)  has always been great.  They too are outstanding members of our society and have raised three loving and caring adults.

We pray you take into consideration the solid background of Jim in your deliberations.  Thank you.

Yours truly,

Frances Burton

Martin & Frances Burton

# A-96

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dippach, Luxembourg
18 November, 2018

Dear Judge Kaplan,

Thank you for taking the time to read my brief letter.  I am hoping to convey some positive information and background concerning Jim Gatto.  Jimmy is my first cousin; we are close to each other in age, and growing up, our families would come together several times each year even though my family had moved to Virginia and his was in New York.  I have many fond memories of playing basketball and spending late nights talking and catching up when we were kids.

As we became adults, Jimmy and I both moved away from our homes, he to Oregon, and myself to Europe (Luxembourg), where I settled after meeting my wife (a native Luxembourger!).  Although I have kept close contact with his parents, Jimmy and I have not had much chance to meet up or interact.  However, when I asked Jimmy for help about 10 years ago, he was happy to do so.  For years here in Europe, I worked out with a basketball club in Luxembourg.  One of the players in the club had hopes of going to US to play at a university there.  He was not a top player by any means, but I at least wanted to give him some contacts he could pursue.  I reached out to Jimmy and he gave us some contacts and leads that the young player over here could call.  I should note that there was nothing in this professionally for Jimmy, this was not the type of player that would have a chance to go to a big school by any means.  But Jimmy was happy to help in the spirit of goodwill and to at least give a kid a chance.

I wanted to relay this story just to give you some color into the type of person I know Jimmy to be; very kind, very family-oriented, and a positive influence to those around him.

I completely respect (and am actually in awe) of the responsibility a judge has to apply the law properly.  I respectfully ask you to consider Jimmy's character and positive contribution to society, as well as the negative impact a strict sentence would have on his family.  Any leniency you could consider in the sentencing phase would in my opinion result in a net positive effect to society at large.

Judge Kaplan, thank you for your time and consideration, and I wish you all the best for the Holiday season.  If I can provide any more information on Jimmy's behalf, I would be happy to do so.

Best regards,

Alexander J. Carnevale (alexcarnevale155@gmail.com)

Dippach, Luxembourg

# A-97

November 16, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Dear Judge Kaplan,

I am writing to you today on behalf of my first cousin, Jim Gatto. Jim's father and my mother were siblings.

Growing up, my family spent summer trips and most holidays with Jim and his siblings. In a way, we all grew up together and from my earliest memories with Jim all the way through adulthood, I have always known him to be a kind, respectful, caring person. Jim is completely devoted to Rachel, Jack and Grace, and is a loving son to his parents, Jim Sr. and Barbara (my favorite aunt and uncle).

I'd like to share one quick story with you about Jim. One Easter when we were still kids, Jim and his family came to visit us in Virginia. We were all out playing basketball at a nearby school when Jim fell and broke his leg. It put a real damper on their visit because we were all feeling down. But what I remember most about that was Jim still laughing and joking, and cheering all of us up. Even in a difficult moment, he uplifted the entire family and made the best of a tough situation by staying positive. This is a quality that Jim has always had, and one that I admire him for.

I have known Jim my whole life and I truly believe that sending him to prison is going to cause far more pain to my family—especially for Grace and Jack and my aunt and uncle—than benefit to society. Judge, I am respectfully asking that you please consider our family, especially Jim's children and his parents, as you decide what punishment is just.

Thank you for your consideration.

Regards,

Don Carnevale
2613 Amanda Court
Vienna, VA  22180
dcarnevale44@gmail.com
(703) 401-9681 mobile