

Coach Bill Self                                                                 TJ Gassnola

Saturday, August 19, 2017

Me

Hall of famer.   Thank you for the help with Getting this extension done.   Thx brotha    2:52 PM

Bill Self

I'm happy with adidas. Just got to get a couple real guys.    2:53 PM

Me

When the time is right. I will need to call on you to back me on some things.   Have to make a few changes and keep getting better.    Iam tired of fighting internal wars when it comes to the Jayhawks    2:58 PM

Bill Self

Ok. But why would rivers fight. What did we I ever do to him    3:00 PM

SDNY_00022944

DEFENSE EXHIBIT
192
17 Cr. 686 (LAK)

192-1

Coach Bill Self / TJ Gassnola

**Me**
nothing. He is a great guy.  I just think ppl get intimated by me, and are jealous of our relationship.  I will fix it TRUST me  We can't be successful with insecure ppl

In my mind it's KU bill self. Everyone else fall into line, to fucking bad, that's what's right for adidas Basketball

And I know Iam RIGHT.  The more you win, have lottery pics. And you happy

That's how it should work in my mind
3:06 PM

**Bill Self**
That's how ur works. At unc and Duke
3:12 PM

**Me**
Kentucky as well
3:14 PM

**Me**
I promise you.  I got this, I have never let you down  Except ( Dyondre) lol

We will get it right
3:14 PM

192-2