```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3
     ------------------------------x
 4                                  :
     UNITED STATES OF AMERICA       :
 5                                  :
     v.                             :    S2 17 Cr. 686 (LAK)
 6                                  :
     James Gatto,                   :
 7   Merl Code, and                 :
     Christian Dawkins,             :
 8                                  :
             Defendants.            :
 9                                  :
     ------------------------------x
10

11

12

13

14
                       Recorded Conversation
15                        708-314-3402

16

17

18            Date: August 11, 2016
              Time: 4:50:19 PM
19            Session Number: 733
              Participants: Merl Code
20                          James Gatto

21

22            (U/I) - UNINTELLIGIBLE
              (PH)  - PHONETIC SPELLING
23

24

25
```



GOVERNMENT EXHIBIT
7T
S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | CODE: | What's going on, brother? |
| 2 | GATTO: | Yeah, sorry. |
| 3 | CODE: | No. So, here's the deal. Kid -- there's a |
| 4 | | kid named Nassir Little who's top -- |
| 5 | GATTO: | Right. |
| 6 | CODE: | -- five or six in the country who Larranaga |
| 7 | | and those guys really want. The problem is, |
| 8 | | Arizona's offered the kid 150, and we're |
| 9 | | trying to keep him from going to one of their |
| 10 | | schools. So, it was brought to me through |
| 11 | | Brad and Christian, who said, hey, do you |
| 12 | | think Jim would be able to keep him at Miami, |
| 13 | | because they really want the kid. And I |
| 14 | | said, I don't know the answer to that. I'll |
| 15 | | have to ask Jim if he's willing to do that. |
| 16 | | I don't know how, and what, and where, and, |
| 17 | | you know, why, and blah, blah, blah. |
| 18 | GATTO: | He's got -- |
| 19 | CODE: | He's -- |
| 20 | GATTO: | -- he's got -- he's, he's going to be a |
| 21 | | senior, right? |
| 22 | CODE: | Yes. He's, he's a rising senior. |
| 23 | GATTO: | So this will be '18. When would they need the |
| 24 | | money? |
| 25 | CODE: | Uh, again, it doesn't have to be all in one |

|    |        |                                                              |
|----|--------|--------------------------------------------------------------|
| 1  |        | lump sum.  I can, I can make it work if                      |
| 2  |        | you're saying you'll do it.  I can tell them                 |
| 3  |        | that, you know, its installments, and we'll                  |
| 4  |        | figure out how to get it to you, when, where,                |
| 5  |        | how, blah, blah, blah.  So, just, I mean, I                  |
| 6  |        | know you have some, some uh -- and he's not                  |
| 7  |        | committing tomorrow, right?  So, it's not one                |
| 8  |        | of those where I need an answer today, you                   |
| 9  |        | know what I'm saying?  I just wanted to put                  |
| 10 |        | it on your plate, because, like I told you,                  |
| 11 |        | TJ was inserting himself into the                            |
| 12 |        | conversation. And that's okay.  I love TJ.                   |
| 13 |        | I'm just saying that they don't know him                     |
| 14 |        | enough to do it --                                           |
| 15 | GATTO: | Right.                                                       |
| 16 | CODE:  | -- and they weren't really comfortable with                  |
| 17 |        | it.  And I just said, well, I'll have a                      |
| 18 |        | conversation with Jim, and if he wants to do                 |
| 19 |        | it, then I'll deal with it; and if not, then,                |
| 20 |        | you know --                                                  |
| 21 | GATTO: | Did they, did they bring any of that up to --                |
| 22 |        | does Rivers know anything about it?                          |
| 23 | CODE:  | I don't know.  I don't know.                                 |
| 24 | GATTO: | All right.                                                   |
| 25 | CODE:  | I mean, but it would help, it would help us,                 |

| | | |
|---|---|---|
| 1 | | it would help us dramatically if Rivs got |
| 2 | | the, the team deal, because they weren't -- |
| 3 | | they didn't get any money this year, like |
| 4 | | none. |
| 5 | GATTO: | Yeah.  Rivs told me that he was, because I |
| 6 | | had asked him.  He said he was going to give |
| 7 | | them 50 or something next year. |
| 8 | CODE: | Okay.  Well, if that's the case, then, yeah, |
| 9 | | it helps us tremendously -- |
| 10 | GATTO: | That's -- |
| 11 | CODE: | -- get it done, because, I mean, I can -- if |
| 12 | | he's getting 50, and we're going to get the |
| 13 | | kid, you know, whatever it is he's looking |
| 14 | | for, if we can match the Arizona deal, then |
| 15 | | okay, great.  Then he's set. |
| 16 | GATTO: | Do we have to match the Arizona deal? |
| 17 | CODE: | I don't know if we have to match it, but I |
| 18 | | can have that conversation. |
| 19 | GATTO: | All right.  All right. |
| 20 | CODE: | Okay? |
| 21 | GATTO: | Well, let me talk to Rivers on some things |
| 22 | | and then, you know, obviously, like you said, |
| 23 | | we don't need an answer today, but, I mean, |
| 24 | | if I, if I have to pay it out in '18, that's |
| 25 | | fine.  I just, you know -- |

| | | |
|---|---|---|
| 1 | CODE: | Yeah. I mean, I can -- we can, we can push |
| 2 | | it into '18 if we do it. I mean, you know, |
| 3 | | like what we're doing in the other situation |
| 4 | | where we're -- you know, if we do 25, or 30, |
| 5 | | or something, in, in '17, and then we push |
| 6 | | the rest of it into '18, I don't see that |
| 7 | | being an issue. Like, it shouldn't be a |
| 8 | | problem. |
| 9 | GATTO: | Yeah. I just don't know if I, I just don't |
| 10 | | know if I can do anything in '17. That's |
| 11 | | what I'm saying. The -- |
| 12 | CODE: | Sure. |
| 13 | GATTO: | January of '18 is -- you know, I could do it |
| 14 | | all, you know, with January; and then, you |
| 15 | | know, June; and then -- |
| 16 | CODE: | We -- |
| 17 | GATTO: | -- when he gets on campus. |
| 18 | CODE: | That's fine. And we can -- |
| 19 | GATTO: | Is that -- |
| 20 | CODE: | -- and we can, and we can protect ourselves |
| 21 | | by saying, look, if the kid commits in, if |
| 22 | | the kid commits in January, we'll start it |
| 23 | | then. |
| 24 | GATTO: | Right. |
| 25 | CODE: | Like, I can, I mean -- |

```
 1  GATTO:   Right.
 2  CODE:    -- I can finagle it. You just talk to
 3           Rivers, and hit me back, and let me know kind
 4           of what, what you, what you, what you think
 5           is the best course of action. And then, I'll
 6           see what, what I can do with the numbers.
 7  GATTO:   Yeah. Just try, try to get it to - what did we do
 8           with Bowen? 100?
 9  CODE:    Yep.
10  GATTO:   Yeah.
11  CODE:    I don't know if they'll take -
12  GATTO:   (U/I).
13  CODE:    I, I don't, I don't know if they'll take that
14           much less, but if I can take it down at least
15           25, then probably.
16  GATTO:   Alright. Well, let's just see.
17  CODE:    Okay. I'll --
18  GATTO:   So, Christian, how's Christian --
19  CODE:    -- I'll have that conversation.
20  GATTO:   So, how's Christian involved?
21  CODE:    So, Christian and Brad have a longstanding
22           relationship. Christian is the guy who
23           introduced me to Brad when he had the kid.
24  GATTO:   Okay. I got it.
25  CODE:    So, so, that's his dude, and that's, that's
```

| | | |
|---|---|---|
| 1 | | why this whole TJ thing kind of spooked him, |
| 2 | | because he was like, listen, I like TJ, but I |
| 3 | | don't really want TJ handling anything I've |
| 4 | | got my hands on.  I said, well, again, that's |
| 5 | | a conversation I need to have with Gatto. |
| 6 | GATTO: | Alright. |
| 7 | CODE: | You know. |
| 8 | GATTO: | It's nothing against TJ. He's comfortable, |
| 9 | | you know, talking to, talking to you, so -- |
| 10 | CODE: | Um-hum, um-hum. |
| 11 | GATTO: | I just gotta tell TJ that.  Which I will -- |
| 12 | CODE: | Yeah. |
| 13 | GATTO: | -- once I figure everything out. |
| 14 | CODE: | Okay.  You -- When are you, when are you, |
| 15 | | when are you heading off -- you're on a |
| 16 | | family vacation now, so I'm going to leave |
| 17 | | you alone, so I'll talk to you next week. |
| 18 | GATTO: | No, no, I'm fine.  Yeah, I mean, I'll check |
| 19 | | it, yeah.  I'll, I'll figure it out by early, |
| 20 | | early next week. |
| 21 | CODE: | Okay.  All right, cool.  Well, enjoy the |
| 22 | | family.  Okay, man. |
| 23 | GATTO: | All right.  Thank you. |
| 24 | CODE: | All right.  Thank you. |
| 25 | | [End of recording.] |