```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3
     ------------------------------x
 4                                  :
     UNITED STATES OF AMERICA       :
 5                                  :
     v.                             :     S2 17 Cr. 686 (LAK)
 6                                  :
     James Gatto,                   :
 7   Merl Code, and                 :
     Christian Dawkins,             :
 8                                  :
                Defendants.         :
 9                                  :
     ------------------------------x
10

11

12

13

14
                         Recorded Conversation
15                           989-493-4317

16

17
                     Date: July 10, 2017
18                   Time: 12:43:19 PM
                     Session Number: 17
19                   Participants: Munish Sood
                                   Merl Code
20                                 Jeff

21

22
                     (U/I) - UNINTELLIGIBLE
23                   (PH)  - PHONETIC SPELLING

24

25
```



GOVERNMENT
EXHIBIT
57T
S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | | out, but yeah.  Go ahead. |
| 2 | SOOD: | Well, let me start, let me start again.  I |
| 3 | | hear you.  Merl is helping the Bowen family |
| 4 | | out.  Yeah, but I guess the father was |
| 5 | | expecting money today. |
| 6 | CODE: | So, yeah.  So let me, let me kind of give |
| 7 | | you guys the back story so you'll kind of |
| 8 | | know what's going on.  So certainly, man, |
| 9 | | you guys are being introduced to, you know, |
| 10 | | shoe wars and how stuff happens with kids |
| 11 | | and getting into particular schools and so |
| 12 | | this is kind of one of those instances where |
| 13 | | we needed to step up and help one of our |
| 14 | | flagship schools in Louisville, you know, |
| 15 | | secure a five-star caliber kid.  So |
| 16 | | obviously that helps, you know, our |
| 17 | | potential business in terms of, in terms of |
| 18 | | Adidas. |
| 19 | JEFF: | In terms of an Adidas school, yeah. |
| 20 | CODE: | Right.  And then as an Adidas school. |
| 21 | JEFF: | An Adidas school. |
| 22 | CODE: | Yes.  Jeff? |
| 23 | JEFF: | Go ahead, sorry, I was just tuning out for a |
| 24 | | second.  Sorry. |
| 25 | CODE: | Okay.  So, so, yeah.  So, you know, we had |

15



12         (End of recording)

13

14

15

16

17

18

19

20

21

22

23

24

25