```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    S2 17 Cr. 686 (LAK)
                              :
James Gatto,                  :
Merl Code, and                :
Christian Dawkins,            :
                              :
            Defendants.       :
                              :
------------------------------x
```

Recorded Conversation
708-314-3402

Date: June 20, 2017
Time: N/A
Session Number: 7080
Participants:   Munish Sood
                Marty Blazer
                JILL BAILEY:
                Christian Dawkins
                Merl Code
                Jeff
                Alisha

(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING



GOVERNMENT EXHIBIT 75AT S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | | you are not going. |
| 2 | CHRISTIAN DAWKINS: | Honestly, even--I mean this is an Adidas |
| 3 | | school, but if it's Kansas, I'm not |
| 4 | | (U/I). |
| 5 | JILL BAILEY: | Why is that? |
| 6 | MERL CODE: | Yeah, Kansas -- |
| 7 | JILL BAILEY: | Why (U/I)? |
| 8 | MERL CODE: | Because (U/I) -- |
| 9 | | [OVERLAY] |
| 10 | CHRISTIAN DAWKINS: | (U/I). |
| 11 | MERL CODE: | --they're blue blood--so first of |
| 12 | | all, they're Blue Blood programs. |
| 13 | CHRISTIAN DAWKINS: | (U/I). |
| 14 | MERL CODE: | Right? They've got a lot of resources, |
| 15 | | and they've got a lot of existing |
| 16 | | relationships with agents, agencies, |
| 17 | | runners -- |
| 18 | JILL BAILEY: | Got it. |
| 19 | MERL CODE: | And -- and Nike. |
| 20 | JILL BAILEY: | Okay. |
| 21 | MERL CODE: | So if I let my kid go to Kentucky, I |
| 22 | | promise you I won't get him back. |
| 23 | CHRISTIAN DAWKINS: | No. |
| 24 | MERL CODE: | If I let -- Brian Bowen was going to |
| 25 | | Oregon and I was like he is not going |

| | | |
|---|---|---|
| 1 | | to Oregon. |
| 2 | CHRISTIAN DAWKINS: | No. |
| 3 | MERL CODE: | Not getting him back. |
| 4 | CHRISTIAN DAWKINS: | Their offer was astronomical. |
| 5 | MERL CODE: | It was astronomical. I said he is |
| 6 | | not going. Let -- wait a minute, |
| 7 | | let me work the phones, we'll get |
| 8 | | something done. |
| 9 | CHRISTIAN DAWKINS: | Right. |
| 10 | MERL CODE: | Not going to Oregon. |
| 11 | MUNISH SOOD: | When you said you were working the |
| 12 | | phones, what are you doing? |
| 13 | MERL CODE: | Working my phones in terms of my |
| 14 | | folks internally. |
| 15 | CHRISTIAN DAWKINS: | Yeah. |
| 16 | MERL CODE: | To get -- to help the kid go where we |
| 17 | | need him to go. That's how he ended up |
| 18 | | at Louisville. |
| 19 | CHRISTIAN DAWKINS: | By getting him a good scholarship |
| 20 | | that's how. |
| 21 | | [Laughter] |
| 22 | MUNISH SOOD: | (U/I). |
| 23 | CHRISTIAN DAWKINS: | Pretty sure it was more -- |

1                       eight.

2 CHRISTIAN DAWKINS: Okay. Well, let me (U/I).

3 MERL CODE: To discuss Kyle Kuzma.

4 CHRISTIAN DAWKINS: Right.

5                       [OVERLAY]

6 MUNISH SOOD: You'll be giving us a deal. We'll get

7                       a deal out of you.

8 MERL CODE: It was very nice meeting you.

9 JILL BAILEY: It was nice to meet you too.

10 MERL CODE: It was nice meeting you.

11 ALISHA: Thank you.

12 MUNISH SOOD: We'll get a deal out of you.

13 CHRISTIAN DAWKINS: I'll see you.

14 MERL CODE: All right. (U/I). Call me with Justin

15                       later

16 CHRISTIAN DAWKINS: Okay, perfect.

17 MERL CODE: (U/I) Appreciate it. Thank you.

18 JEFF: All right.

19                       [END 42:52].

20

21

22

23

24

25