```
                                                                    1
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3
        ------------------------------x
 4                                     :
        UNITED STATES OF AMERICA       :
 5                                     :
        v.                             :     S2 17 Cr. 686 (LAK)
 6                                     :
        James Gatto,                   :
 7      Merl Code, and                 :
        Christian Dawkins,             :
 8                                     :
                   Defendants.         :
 9                                     :
        ------------------------------x
10

11

12

13

14
                          Recorded Conversation
15               2017.06.20 Q1D58_Camera1_Card2_FSH_0002

16

17           Date: June 20, 2017
             Time: N/A
18           Participants:  Munish Sood
                            Marty Blazer
19                          Jill Bailey
                            Christian Dawkins
20                          Merl Code
                            Jeff
21                          Alicia Carroll

22

23
                    (U/I) - UNINTELLIGIBLE
24                  (PH)  - PHONETIC SPELLING

25
```

GOVERNMENT EXHIBIT 75T S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | JEFF: | Amateur status.  And so that -- |
| 2 | CODE: | And so (U/I) -- there's no money. |
| 3 | JEFF: | (U/I) -- |
| 4 | CODE: | there's no money transferring -- |
| 5 | JEFF: | Because ultimately that's what you want -- |
| 6 | CODE: | There's no money transferring hands |
| 7 | | typically -- |
| 8 | JEFF: | Yeah. |
| 9 | CODE: | -- as a kid politically (U/I). |
| 10 | JEFF: | Yeah. |
| 11 | CODE: | There's no money changing hands, right, from |
| 12 | | the grassroot sector to him going to college |
| 13 | | supposedly.  Now again, if he goes to -- |
| 14 | | Nike pays -- Nike schools pay too.  I mean |
| 15 | | it's a (U/I). |
| 16 | JEFF: | Yeah. |
| 17 | CODE: | It's a corrupt space as it is and cheating |
| 18 | | is cheating.  Whether I give you a dollar, |
| 19 | | 100,000 or I get your mom and dad jobs, it's |
| 20 | | cheating. |
| 21 | BAILEY: | Cheating. |
| 22 | CODE: | Right. So in some form or fashion, Duke, |
| 23 | | North Carolina, Syracuse, Kentucky, and all |
| 24 | | of the schools are doing something to help |
| 25 | | get kids.  That's just a part of the space. |

| | | |
|---|---|---|
| 1 | | Now, if if I have an Adidas kid who is high |
| 2 | | on my radar and he goes to Kentucky or Duke, |
| 3 | | I have to just make sure that we have |
| 4 | | managed the relationship enough that we |
| 5 | | maintained - because again I told you, those |
| 6 | | factors at Kentucky (U/I). |
| 7 | BAILEY: | So you continue to stay in contact with them |
| 8 | | if they do (U/I) school or do you just -- |
| 9 | CODE: | Contact -- I'm trying to go to the games. |
| 10 | | I'm trying to meet them on the road. I'm |
| 11 | | trying -- I don't even -- |
| 12 | BAILEY: | Okay. |
| 13 | CODE: | -- I need to be visible and present. |
| 14 | BAILEY: | Okay. |
| 15 | CODE: | Right.  And if the kid is that important, I |
| 16 | | need to be there.  Right.  Because I need to |
| 17 | | fight off somebody because the out of sight, |
| 18 | | out of mind is really in play here.  Because |
| 19 | | you have guys who are going to camp, send |
| 20 | | people to move into their city and they're |
| 21 | | (U/I) camp, they're going to walk around |
| 22 | | with bookbags like they're going to class. |
| 23 | | They're going to walk to class with the kid |
| 24 | | every day.  It is a mess because there's so |
| 25 | | much money involved. |

46



10                --

11                    [End of recording.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25