# Squad List Report

**Report Date:** 8/8/2018
**Institution:** University of Kansas
**City/State:** Lawrence, KS

**Academic Year:** 2017-2018
**Sport:** Men's Basketball

**Maximum Headcount Grants Permitted:** 13.00
**First Contest of the CHAMPIONSHIP Segment:**
**First Contest of the NONCHAMPIONSHIP Segment:**

| Name | Eligible to compete F | Eligible to compete S | Term First Enrolled - Any Institution | Term First Enrolled - Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Overall | Equivalent award | Reason | Date | Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | Y | Y | F-16 | F-16 | 1 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | | | 1.00 |
| ▮ | Y | Y | F-16 | S-17 | 1 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | O | 7/25/2017 | 1.00 |
| Silvio De Sousa 2963889 | N | Y | S-18 | S-18 | 0 | 0 | Yes | Yes | S | 20539.00 | 0.00 | 20539.00 | No | 41078.00 | X | 0.50 | | | 0.50 |
| ▮ | Y | Y | F-17 | F-17 | 0 | 0 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | | | 1.00 |
| ▮ | Y | Y | F-14 | F-14 | 3 | 3 | Yes | Yes | FY | 40072.00 | 0.00 | 40072.00 | No | 40072.00 | X | 1.00 | G | 5/14/2018 | 1.00 |
| ▮ | N | N | F-15 | F-17 | 0 | 2 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | T | 7/25/2017 | 1.00 |
| ▮ | N | N | F-15 | F-17 | 0 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | T | 7/25/2017 | 1.00 |
| ▮ | Y | Y | F-16 | F-16 | 1 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | | | 1.00 |



GOVERNMENT EXHIBIT 1823
S2 17 Cr. 686 (LAK)

KU-GATTO-000018

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | | Countable Players | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Term First Enrolled | | | | | | | | | | | | | | | |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Overall | Equivalent award | Reason | Date | Equivalent award |
| | N | N | F-17 | F-17 | 0 | 0 | Yes | Yes | F | 0.00 | 0.00 | 0.00 | Yes | 0.00 | | 0 | | | 0.00 |
| | N | N | F-16 | F-17 | 0 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | T | 7/25/2017 | 1.00 |
| | Y | Y | F-14 | F-14 | 3 | 3 | Yes | Yes | FY | 40072.00 | 0.00 | 40072.00 | No | 40072.00 | X | 1.00 | G | 5/14/2018 | 1.00 |
| | Y | Y | F-15 | F-15 | 2 | 1 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | Q | 8/14/2018 | 1.00 |
| Billy Dewon Preston 2942087 | Y | Y | F-17 | F-17 | 0 | 0 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | W | 1/22/2018 | 1.00 |
| | Y | Y | F-15 | F-17 | 0 | 1 | No | No | FY | 0 | 0.00 | 0 | No | 41078.00 | | 0 | | | 0.00 * |
| | Y | Y | F-17 | F-17 | 0 | 0 | No | No | F | 0.00 | 0.00 | 0.00 | Yes | 0.00 | | 0 | | | 0.00 |
| | Y | Y | F-15 | F-15 | 2 | 2 | Yes | Yes | FY | 41078.00 | 0.00 | 41078.00 | No | 41078.00 | X | 1.00 | | | 1.00 |
| | Y | Y | F-13 | F-15 | 2.5 | 3 | No | No | F | 0.00 | 0.00 | 0.00 | Yes | 0.00 | | 0 | G | 5/14/2015 | 0.00 |

KU-GATTO-000019

Case 1:17-cr-00686-LAK Document 282-47 Filed 02/12/19 Page 3 of 3
FOIA Confidential Treatment Requested

| Name | Eligible to compete F / S | Status of Student ||||||| Financial Aid ||| | Countable Players ||| Change in Status || Revenue Dist Only |
| | | Term First Enrolled || | | | | | | | | | | | | | |
| | | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Overall | Equivalent award | Reason | Date | Equivalent award |
| | | | | | | | | | Total | | Total | | | Total | Total | | | Total |
| Squad List Totals ||||||||| 511463.00 | | 511463.00 | | | 13 | 12.50 | | | 12.5 |

Form Completed By: _____ Title: _____ Telephone: _____ Date: _____

Form approved by: _____ Date: _____

Director of Athletics Signature: _____ Date: _____

Head Coach's Signature: _____ Date: _____

Additional Signature: _____ Title: _____

Additional Signature: _____ Title: _____

Required by Bylaw 15.5.10.2. File in director of athletics' office.