**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2019

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States District Judges
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. James Gatto et al.*, (S2) 17 Cr. 686 (LAK)

Dear Judge Kaplan:

      The Government respectfully submits this letter to inform the Court that the Government and defendant James Gatto have agreed to restitution amounts for the Victim Universities. In particular, Gatto has dropped his procedural objections to the entry of a restitution order that includes legal fees for North Carolina State University and the University of Kansas, and the Universities have agreed to seek restitution of revised amounts of legal fees, specifically, legal fees of $79,026.75, for N.C. State University, and $161,574 for the University of Kansas. As reflected in the proposed restitution order, which is being submitted via email to the Court, the total amount of restitution, which includes scholarship amounts for certain student-athletes, is $342,437.75. [1]

      In light of the proposed consent restitution order, the parties submit that the conference scheduled for tomorrow, April 9, 2019, is unnecessary.

---

[1] The Government notes that University of Kansas has requested that the following language be included in the proposed order, which is consented to by the defense: "The University of Kansas anticipates that Mr. Gatto will discharge his restitution obligations as ordered by this Court, and has represented that it has no interest or intention of expending any additional legal fees or resources regarding this matter."

                Respectfully submitted,

                ROBERT S. KHUZAMI
                Attorney for the United States, Acting Under
                Authority Conferred by 28 U.S.C. § 515

By:        /s/
                Edward B. Diskant/Noah Solowiejczyk/
                Eli J. Mark/Aline Flodr
                Assistant United States Attorneys
                (212) 637-2294/2473/2431/1110

Enclosure (*via email* only)

cc: Defense counsel (*via email*)