

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2019

The Honorable Lewis A. Kaplan
United States District Judges
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

      The Government writes in connection with the application of defendant James Gatto to travel to Los Angeles, California from May 6 to May 8, 2019, and to Chicago from May 14 to May 17, 2019, in connection with potential employment opportunities.  The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

                                    Respectfully submitted,

                                    ROBERT S. KHUZAMI
                                  Attorney for the United States, Acting Under
                                  Authority Conferred by 28 U.S.C. § 515

             By:            /s/
                         Edward B. Diskant/Noah Solowiejczyk/
                         Eli J. Mark/Aline R. Flodr
                         Assistant United States Attorneys
                         (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)