# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 30, 2019

BY EMAIL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY - 1 2019



RECEIVED
APR 30 2019
JUDGE KAPLAN'S CHAMBERS

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Gatto, et al.* (Case No. 17-CR-686)

Dear Judge Kaplan:

      I represent Defendant James Gatto in the above-captioned matter. Mr. Gatto's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the Western District of Washington, the District of Oregon, and the District of New Jersey, except upon application to the Court. Mr. Gatto now respectfully requests the Court's permission to travel to the Los Angeles, California area from May 6-8, 2019, and to Chicago from May 14-17, 2019, in connection with potential employment opportunities. PreTrial Services has approved the travel request and the Government has informed us that they have no objection.

      Mr. Gatto respectfully requests that the Court permit him to make this trip.

Respectfully submitted,

*Casey E. Donnelly*

Casey E. Donnelly

**MEMO ENDORSED**

Granted

SO ORDERED

*/s/ Lewis A. Kaplan*  4/30/19

LEWIS A. KAPLAN, USDJ

NEW YORK   WASHINGTON   HOUSTON   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME
in alliance with Dickson Minto W.S., London and Edinburgh

29318149.1

cc: (by email)

William W. Wilkins
Mark C. Moore
Andrew A. Mathias
(*Counsel for Defendant Merl Code*)

Steven Haney
(*Counsel for Defendant Christian Dawkins*)

Edward Diskant
Robert Boone
Noah Solowiejczyk
Aline Flodr
Eli Mark
(*U.S. Department of Justice*)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 30, 2019

The Honorable Lewis A. Kaplan
United States District Judges
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED APR 30 2019 JUDGE KAPLAN'S CHAMBERS

Re:   United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

The Government writes in connection with the application of defendant James Gatto to travel to Los Angeles, California from May 6 to May 8, 2019, and to Chicago from May 14 to May 17, 2019, in connection with potential employment opportunities. The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

Respectfully submitted,

ROBERT S. KHUZAMI
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:        /s/
Edward B. Diskant/Noah Solowiejczyk/
Eli J. Mark/Aline R. Flodr
Assistant United States Attorneys
(212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)