*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2019

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:    United States v. Christian Dawkins, 17 Cr. 686 (LAK)

Dear Judge Kaplan:

     The Government writes in connection with the application of defendant Christian Dawkins to travel to Los Angeles, California from May 17 through August 1, 2019 for work-related purposes. The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

                   Respectfully submitted,

                   AUDREY STRAUSS
                   Attorney for the United States, Acting Under
                   Authority Conferred by 28 U.S.C. § 515

     By:     /s/
                   Edward B. Diskant/Noah Solowiejczyk/
                   Eli J. Mark/Aline Flodr
                   Assistant United States Attorneys
                   (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)