# WILLKIE FARR & GALLAGHER LLP





787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

June 26, 2019

**BY EMAIL**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re: *United States v. James Gatto, et al. (Case No. 17-CR-686)*

Dear Judge Kaplan:

    I represent Defendant James Gatto in the above-captioned matter. Mr. Gatto's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the Western District of Washington, the District of Oregon, and the District of New Jersey, except upon application to the Court. Mr. Gatto now respectfully requests the Court's permission to travel to Las Vegas, Nevada from July 4-11, 2019 in connection with an employment opportunity. PreTrial Services has approved this travel request and the Government has informed us that they have no objection.

    Mr. Gatto respectfully requests that the Court permit him to make this trip.

Respectfully submitted,

*Casey Donnelly*

Casey E. Donnelly

cc: (by email)

SO ORDERED
*Lewis A. Kaplan, USDJ*

NEW YORK   WASHINGTON   HOUSTON   PALO ALTO   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2019

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

    The Government writes in connection with the application of defendant James Gatto to travel to Las Vegas, Nevada from July 4 to 11, 2019 in connection with an employment opportunity. The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Attorney for the United States, Acting Under
                              Authority Conferred by 28 U.S.C. § 515

                By:        /s/
                      Edward B. Diskant/Noah Solowiejczyk/
                      Eli J. Mark/Aline R. Flodr
                      Assistant United States Attorneys
                      (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)