

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2019

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

    The Government writes in connection with the application of defendant James Gatto to modify the current conditions of his release to allow him to travel within the continental United States, upon advance notice to Pretrial Services and the provision of an itinerary to Pretrial Services. (*See* Dkt. No. 336.)  The defendant, through counsel, has informed the Government that he has notified and obtained the consent of his pretrial services officer for the proposed modification of his release, and in light of that, the Government similarly has no objection to the request.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515

By:        /s/
    Edward B. Diskant/Noah Solowiejczyk/
    Eli J. Mark/Aline R. Flodr
    Assistant United States Attorneys
    (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)