# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-22

## MEMO ENDORSED

November 15, 2022

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Gatto, et al. (Case No. 17-CR-686)*

Dear Judge Kaplan:

I represent Defendant James Gatto in the above-captioned matter. On June 17, 2019, the Court entered an Amended Judgment sentencing Mr. Gatto to a custodial term of imprisonment and granted him bail pending appeal. On December 13, 2021, Mr. Gatto's petition for certiorari was denied by the United States Supreme Court. Mr. Gatto recently completed his custodial sentence.

Defense counsel is informed by the Pretrial Services Office of the Southern District of New York ("Pretrial") that a Court order is required to have Mr. Gatto's passport returned to him. Mr. Gatto thus respectfully requests that the Court order that Pretrial may return Mr. Gatto's passport to his counsel.

Mr. Gatto has no plans to travel internationally and will continue to comply with his conditions of release.

Respectfully submitted,

/s/ Michael S. Schachter

Michael S. Schachter

cc:  (via ECF)

U.S. Department of Justice

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 12/5/22

BRUSSELS   CHICAGO   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON